UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SHAQUANA APPLEWHITE,                                                   Civil Action No.:

                        Plaintiff,
      -against-                                                                          COMPLAINT

UNITED STATES OF AMERICA and MYASHA
WATKINS,
                       Defendants.
-----------------------------------------------------------------X

**COMPLAINT FOR A CIVIL CASE**

Plaintiff, SHAQUANA APPLEWHITE, by their attorneys, KHAVINSON & MANDRONICO, PC, complaining of the defendants, alleges upon information and belief as follows:

### I. INTRODUCTION

1. This is an action against the defendant the United States of America under the Federal Tort Claims Act (28 U.S.C. § 2671, *et seq.*) and 28 U.S.C. § 1346(b)(l) for negligence in connection with an automobile accident that occurred on October 23, 2023, in the County of Kings and State of New York, that resulted in severe and permanent injuries to the Plaintiff Shaquana Applewhite.

2. Plaintiff has fully complied with the provisions of 28 U.S.C § 2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

3. This suit has been timely filed, in that Plaintiff timely served notice of their claim on the United States of America (via the United States Postal Service) less than two years after the incident forming the basis of this suit.

4. Plaintiff is now filing this Complaint pursuant to 28. U.S.C. § 2401 (b) after the United States of America (via the United States Postal Service) failed to deny, pay, or otherwise respond to the Plaintiff's Tort Claim notice.

## PARTIES, JURISDICTION AND VENUE

5. Plaintiff is, and at all times relevant hereto was, a natural person and resident of Kings County, New York.

6. Defendant United States Postal Service, at all times relevant hereto, was the owner and operator of the 2022 Mercedes Benz Van, bearing License Plate #3320541, within the in the County of Kings and State of New York.

7. Defendant United States of America, including their directors, officers, postmasters, operators, administrators, employees, agents, and staff are hereinafter collectively referred to as "USA."

8. Defendant, MYASHA WATKINS, is, and at all times relevant hereto was, a natural person who was the operator of the aforesaid the 2022 Mercedes Benz Van, bearing License Plate #3320541.

9. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

10. That the United States of America employed Defendant, MYASHA WATKINS, at all times herein mentioned.

11. Venue is proper under 28 U.S.C. § 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of this Complaint occurred in the Southern District of New York.

## FACTUAL ALLEGATIONS

12. On or about October 23, 2023, Plaintiff was lawfully operating a motor vehicle on Humboldt Street at or around Meserole Street, in the County of Kings and State of New York.

13. At the aforesaid time and place Plaintiff was parked on Humboldt Street, when Defendant, the United States of America, vehicle bearing License Plate #3320541 turned onto Humboldt Street sideswiping plaintiff's motor vehicle.

14. At the aforesaid time and place the vehicle owned by the Defendant, the USA, did strike the vehicle operated by Plaintiff.

15. At the aforesaid time and place, the vehicle operated by the Defendant, MYASHA WATKINS, did strike the vehicle operated by the Plaintiff.

16. As a result of the aforesaid collision, Plaintiff sustained serious and permanent personal injuries, as defined in subdivision (4) Section 5102 of the Insurance Law of the State of New York.

17. As a result of the fall, Plaintiff has been forced endure painful and ongoing, recuperation, refrain from their usual activities of daily living, mental and emotional anguish, physical pain and incur past and future medical expenses.

## CAUSE OF ACTION COUNT 1- NEGLIGENCE

18. Plaintiff realleges and incorporates each and every allegation above as if set forth at length here.

19. At all times relevant to this Complaint, Defendants, the UNITED STATES OF AMERICA and MYASHA WATKINS, were negligent, careless in

causing and/or permitting their motor vehicle to come into contact with the Plaintiffs' motor vehicle; in failing to take those steps necessary to avoid the contingency which occurred herein; in failing to keep their motor vehicle under proper control; in failing to see what there is to be seen; in failing to operate their motor vehicle in a manner and at a speed that was reasonable and proper under the prevailing traffic conditions; in failing to operate the braking and acceleration devices of their motor vehicle under the circumstances of the roadway where the accident occurred; in failing to keep a proper lookout; in failing to stop and/or slow down; in violating the rules of the road; in failing to stop at a "stop sign" or other traffic control device/sign/road markings; in failing to observe that degree of caution, prudence and care which was reasonable and proper under the controlling circumstances; in acting with disregard for the safety of others; in failing to keep alert and attentive; in failing to yield the right of way in negligently entering the path of another motor vehicle; in failing to properly apply brakes; in failing to sound the horn; in failing to act with due care in the entrustment of their motor vehicles; and in failing to act with due care in the hiring, training, supervision and retention of employees.

20. As a direct and proximate cause of the negligence of the Defendants, Plaintiff has been forced to undergo surgery, endure painful and ongoing recuperation, refrain from her usual activities of daily living, mental and emotional anguish, physical pain and incur past and future medical expenses.

21. The acts and/or omissions set forth above would constitute a claim under the law of the State of New York.

22. The USA and MYASHA WATKINS are liable for Plaintiff's injuries pursuant to 28 U.S.C.§ 1346(b)(1).

## PRAYER FOR RELIEF

THEREFORE, Plaintiff, SHAQUANA APPLEWHITE, does hereby pray that Judgment be entered in their favor and against the Defendants, THE UNITED STATES OF AMERICA and MYASHA WATKINS, jointly and severally, as follows:

1) Medical expenses, pain and suffering, and future impairment totaling $5,000,000.00; and

2) Costs and attorneys fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem just and proper.

Respectfully submitted,

By: _____
Joshua Versoza, Esq.
KHAVINSON & MANDRONICO, PC
Attorneys for Plaintiff
45 Broadway, Ste. 720
New York, New York 10006
212-785-5000